Curtis J. SWENSON, Respondent,

v.

SMA ELEVATOR CONSTRUCTION, INC. and DCA/MN Assigned Risk Plan, Relators.

No. C3–88–1399.

Supreme Court of Minnesota.

Nov. 4, 1988.

E. Michael Forde, Doug Renteria, Minneapolis, for relators.

Thomas W. Krauel, James R. Nethercut, White Bear Lake, for respondent.

## OPINION

YETKA, Justice.

This is an appeal from a Workers' Compensation Court of Appeals' decision reversing a compensation judge's denial of temporary partial compensation at the temporary total rate. For the reason stated in *Parson v. Holman Erection Co.*, 428 N.W. 2d 72 (Minn.1988), we reverse and reinstate the decision of the compensation judge.

Reversed and decision of the compensation judge reinstated.